IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAKIM BLATCH,<br>                     *Petitioner,*<br><br>v.<br><br>JOHN RIVELLO, *et al.*,<br>                     *Respondents.* | CIVIL ACTION<br>NO. 21-4879 |

**PAPPERT, J.**                                                                                **April 22, 2022**

<u>**ORDER**</u>

**AND NOW**, this 22nd day of April 2022, upon consideration of Hakim Blatch's petition for a writ of habeas corpus (ECF 1) and the Report and Recommendation of U.S. Magistrate Judge Timothy Rice (ECF 6), to which no objections were filed, it is **ORDERED** that:

    1.     Judge Rice's Report and Recommendation is **APPROVED** and **ADOPTED**.[1]

    2.     Blatch's petition is **STAYED** and **HELD IN ABEYANCE** while he litigates his Pennsylvania Post Conviction Relief Act petition in state court.

    3.     Blatch must return to this Court if he does not seek review in the Pennsylvania Supreme Court or within thirty days following the Supreme Court's decision in his case. If Blatch does not do so, this stay shall be vacated and his petition dismissed without prejudice.

---

[1] When no objection is made to a report and recommendation, the Court "need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's notes. There is no such error here.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.