# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAKIM BLATCH,<br><br>      *Petitioner,*<br><br>  v.<br><br>JOHN RIVELLO, et al.,<br><br>      *Respondents.* | CIVIL ACTION<br>NO. 21-4879 |

# ORDER

**AND NOW**, this 25th day of February 2025, upon careful and independent consideration of the Petition (ECF No. 1), the Commonwealth's response (ECF No. 15), and state-court records (ECF No. 43), and after review of the Report and Recommendation of United States Magistrate Judge Sandra Moore Wells (ECF No. 47), and Petitioner's objections thereto (ECF No. 52), it is hereby **ORDERED** that:

1. The objections are **OVERRULED;**

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED**;

4. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this decision.  *See* 28 U.S.C. 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

5. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.